RECEIVED
DEC 16 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | 3:20-cr-00294-01 |
|---|---|---|
| VERSUS | * | Judge Doughty |
| STEVEN MARCUS KELLEY | * | Magistrate Judge Hayes |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### Use of a Facility of Interstate Commerce in the Commission of Murder-for-Hire
### [18 U.S.C. § 1958]

On or about December 9, 2019, in the Western District of Louisiana, the defendant, **Steven Marcus Kelley**, did knowingly use, cause another, and conspire to cause another to use the mail with the intent that the murder of J.K. be committed in violation of the laws of the State of Louisiana, and that money or other items of pecuniary value were promised as consideration for the murder, all in violation of Title 18, United States Code, Section 1958. [18 U.S.C. § 1958].

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _/s/_
JESSICA DIANE CASSIDY, #34477
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600

A TRUE BILL

*REDACTED*

GRAND JURY FOREPERSON