UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:20-cr-00294-01 |
| | * | |
| VERSUS | * | |
| | * | JUDGE DOUGHTY |
| STEVEN MARCUS KELLEY | * | MAGISTRATE JUDGE MCCLUSKY |

**UNITED STATES' PROPOSED JURY INSTRUCTIONS**
**Trial Date: October 25, 2021**

NOW INTO COURT, through the Acting United States Attorney and undersigned Assistant United States Attorneys, comes the United States of America, which requests the following jury instructions:

A.   **General Instructions:**

Fifth Circuit Pattern Jury Instructions, 2019 Thomson Reuters Edition

Nos.  1.01
      1.03
      1.04
      1.05
      1.06
      1.08
      1.09
      1.10 (if applicable)
      1.11
      1.12 (if applicable and if the defendant testifies)
      1.13
      1.19
      1.21
      1.22
      1.26
      1.41
      1.44

**B.**     **Substantive Offense Instructions:**

There is no Fifth Circuit Pattern Jury Instruction for a violation of 18 U.S.C.

§ 1958.   According to *United States v. Tolliver*, 400 Fed. App'x. 823, 833 (5th Cir.

2010),  however, the elements are as follows:

1.  Using, causing, or conspiring to cause another to use the mail or any facility
    of interstate commerce;

2.  With the intent that a murder be committed in violation of the laws of the
    State of Louisiana;

3.  And that a thing of pecuniary value, such as a sum of money, was promised
    as consideration for the murder.

The  Government  respectfully  requests  the  opportunity  to  file  additional

instructions should they become necessary.

**C.**     **Additional Instructions:**

La. R.S. 14:30 and La. R.S. 14:30.1  make  it a crime  to commit murder in

Louisiana.

Respectfully submitted,

ALEXANDER C. VAN HOOK
ACTING UNITED STATES ATTORNEY


BY:     */s/ Jessica D. Cassidy*
        JESSICA D. CASSIDY, LA Bar No. 34477
        Leon H. Whitten, La Bar No. 36724
        Assistant United States Attorneys
        300 Fannin Street, Suite 3201
        Shreveport, Louisiana 71101
        (318) 676-3600
        (318) 676-3663 (fax)